**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00697-CV

**KELLY S. BROOME, Appellant**

**V.**

**TUCKER ALBIN AND ASSOCIATES, INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00672**

## ORDER

We **GRANT** appellant's July 1, 2015 unopposed motion to extend time to file brief and

**ORDER** the brief be filed no later than August 25, 2015. No further extensions will be granted

absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE